# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| GUSTAVO REYES-SOSA, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | Case No. CV416-174 |
| | ) | CR413-121 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

# ORDER

After preliminarily reviewing Gustavo Reyes-Sosa's 28 U.S.C. § 2255 motion, the undersigned recommended denial.[1] Despite that, he now moves to stay these proceedings until the Supreme Court decides *Beckles v. United States*, 616 F. App'x 415 (11th Cir. 2015), *cert. granted*, No. 15–8544, ___ U.S. ___, 2016 WL 1029080 (June 27, 2016).[2] Because

---

[1] Reyes-Sosa argues that the base offense level of his Sentencing Guidelines recommended sentence is unconstitutionally vague under *Johnson v. United States*, 135 S. Ct. 2551 (2015). Doc. 1. As the Court noted in its recommendation, however, no part of his Guidelines calculation was "rooted in statutory or Guidelines provisions that contained language even remotely similar to" that voided by *Johnson*. Doc. 3 at 3-4. Even if *Johnson* somehow applied (it doesn't), the Court further noted that Reyes-Sosa waived his right to collaterally attack his sentence on any ground. Doc. 3 at 4.

[2] *Beckles* will decide whether *Johnson* applies to career offender enhancements under the Sentencing Guidelines. *See In re Burgest*, ___ F.3d ___, 2016 WL 3923836 at * 2 (11th Cir. July 21, 2016).

that decision has no relevance to his motion, Reyes-Sosa's stay motion (doc. 5) is **DENIED**.

**SO ORDERED**, this  26th  day of July, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA